Before State Industrial Board, Respondent. Elizabeth Koblak, Respondent, Impleaded with Thomas W. Miller, Alien Property Custodian, Appellant, v.

---

* See Workmen's Compensation Law of 1922, § 15, subd. 3, ¶¶ i, j, l, q, s, respectively.— [Rep.

WICKWIRE STEEL COMPANY, Employer, and STATE INSURANCE FUND, Respondent.— Decision of the State Industrial Board reversed so far as it directs payment to the Consul-General of Hungary, and amended by directing payment to the Alien Property Custodian, without costs. All concur.

